FORM DeBN (01/20)

# United States Bankruptcy Court
Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

**Michelle M. Wilson**
**Clerk of Court**
(616) 456–2693 Tel.

### DEBTOR ELECTRONIC BANKRUPTCY NOTICING (DeBN)

The United States Bankruptcy Court for the Western District of Michigan is now offering debtors the opportunity to request receipt of court generated notices and orders by means of email, instead of U.S. mail, through a program called Debtor Electronic Bankruptcy Noticing or DeBN.

DeBN provides debtors the following advantages:

**Fast** – Receive court notices and orders the same day they are filed by the court.

**Convenient** – Access court notices and orders anywhere you have the internet.

**Free** – There is no charge to register or to view court notices and orders sent to you by email.

Pursuant to Federal Rule of Bankruptcy Procedure 9036, a debtor may make a written request for delivery of notices via email, instead of U.S. mail. Through the DeBN program, only notices and orders that have been filed by the court can be emailed to the debtor. Debtors requesting participation in the DeBN program must complete and file a Debtor Electronic Bankruptcy Noticing Request (DeBN) form with the court where their case is filed.

More information regarding the DeBN program may be obtained on the court's website at www.miwb.uscourts.gov.

